# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**MEMO ENDORSED**

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 16, 2022

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re: *United States v. Julio Hevia Alonso and Zuleika Olavarria Ortiz*,
        21 Cr. 795 (KMK)

Dear Judge Karas:

    We represent Julio Hevia Alonso in the above-captioned case. On behalf of both defendants, and with the consent of the Government, we write to request a 45-day adjournment of the conference presently scheduled for March 22, 2022. This is the first request by any party for an adjournment in this matter. Additional time would allow counsel for both defendants to continue reviewing discovery with their clients and permit the parties to undertake discussions regarding a possible pretrial disposition. The parties consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the next scheduled conference. Thank you for your consideration of this request.

Granted. The conference is adjourned to 5/ 5 /22, at 10:00. Time is excluded until then, in the interests of justice, to allow counsel adequate time to review the discovery. The interests of justice from this exclusion outweigh the public's and Defendants' interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Benjamin Gold
Assistant Federal Defenders
212.417.8770

So Ordered.

cc: All counsel of record (by ECF)

3/16/22