

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 27, 2022

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Alonso*, 21 Crim. 795 (KMK)

Dear Judge Karas:

The Government writes to seek a 30-day adjournment of the status conference currently scheduled for May 5 at 10:00 a.m., because the parties are continuing to productively discuss a pretrial resolution in this case. Defense counsel consents to the adjournment.

The Government also respectfully requests that time be excluded under the Speedy Trial Act between May 5 and the date of the next conference. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery and the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

Granted. The 5/5/22 conference is adjourned to 6/ 9 /22, at 10:00 Time is excluded until then, in the interests of justice, to allow the Parties to continued their discussions toward a resolution of this case. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

So Ordered.
4/27/22

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

CC:   Ariel Werner, Counsel for Julio Hevia Alonso (by ECF)