

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2022

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

    **Re:** *United States v. Alonso*, **21 Crim. 795 (KMK)**

Dear Judge Karas:

    The Government writes with the consent of the defendant to request an exclusion of Speedy Trial time between today and July 7, 2022. The defendant has requested a change-of-plea conference, and Magistrate Court has scheduled that conference for July 7 in light of the parties' schedules. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the parties discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A).

Granted. Time is excluded until 7/7/22, in the interests of justice, to allow the Parties to complete their discussions toward a resolution of this case. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

6/22/22

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211