# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 9, 2022

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v. Julio Hevia Alonso*, 21 Cr. 795 (KMK)

Dear Judge Karas:

We represent Julio Hevia Alonso in the above-captioned case. Because of logistical and scheduling challenges getting to the Essex County Jail to complete the presentence interview and meet with our client, we write to request a 30-day adjournment of Julio Hevia Alonso's sentencing, presently scheduled for November 3, 2022. The government has no objection to this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Benjamin Gold
Assistant Federal Defenders
212.417.8770

cc: Kevin Mead, Assistant U.S. Attorney

*Granted. The sentence will go forward on December 13, 2022 at 2:00 PM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

9/12/2022